UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORUS VISION, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>SHELTERED WINGS, INC.,<br><br>            Defendant. | Case No. 14-cv-00997-JST<br><br>**ORDER GRANTING REQUEST FOR RELIEF FROM CASE DEADLINES**<br><br>Re: ECF No. 13 |

On July 15, 2014, Plaintiff Horus Vision filed a request for relief from certain case deadlines, representing that the parties continue to work toward settlement. ECF No. 13. The Court previously granted a similar request. ECF Nos. 11, 12.

The Court hereby GRANTS Plaintiff's current request, adopting the new deadlines proposed therein. See ECF No. 13 at 3. The Court will not grant further requests to extend these deadlines.

**IT IS SO ORDERED.**

Dated: July 17, 2014

_____
JON S. TIGAR
United States District Judge