UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORUS VISION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHELTERED WINGS, INC.,<br><br>Defendant. | Case No. 14-cv-00997-JST<br><br>**ORDER DENYING PARTIES' REQUEST TO EXTEND CASE DEADLINES**<br><br>Re: ECF Nos. 16, 17 |

The parties' third request to extend case deadlines, ECF Nos. 16, 17, is DENIED.

**IT IS SO ORDERED.**

Dated: August 20, 2014

JON S. TIGAR
United States District Judge