1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   LAURA L. CHAPMAN, Cal. Bar No. 167249
3  LAI L. YIP, Cal. Bar No. 258029
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4109
   Telephone:    415.434.9100
5  Facsimile:    415.434.3947
   Email:        lchapman@sheppardmullin.com
6                lyip@sheppardmullin.com

7  GODFREY & KAHN S.C.
   Jennifer Lynn Gregor, Admitted *Pro Hac Vice*
8  jgregor@gklaw.com
   One East Main Street, Suite 500
9  P.O. Box 2719
   Madison, WI 53701-2719
10 Telephone:  608-284-2629
   Fax:        608-257-0609
11 Email:      jgregor@gklaw.com

12 Attorneys for Defendant and Counter-claimant
   SHELTERED WINGS, INC. D/B/A VORTEX OPTICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HORUS VISION, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>SHELTERED WINGS, INC., a Wisconsin corporation, D/B/A<br><br>            Plaintiff, | Case No. Case No.  14-CV-00997 JST<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT AND COUNTER-CLAIMANT SHELTERED WINGS, INC. D/B/A VORTEX OPTICS TO SERVE PRELIMINARY INVALIDITY CONTENTIONS<br><br>[L.R. 6-1(b)]<br><br>Complaint Filed:  Mar. 4, 2014 |

SMRH:434957221.1

Case No.  14-CV-00997 JST
[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO SERVE PRELIMINARY INVALIDITY CONTENTIONS

**[PROPOSED] ORDER**

Having considered the STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT AND COUNTER-CLAIMANT SHELTERED WINGS, INC. D/B/A VORTEX OPTICS TO SERVE PRELIMINARY INVALIDITY CONTENTIONS entered into by the parties, and good cause appearing therefor,

IT IS ORDERED THAT the deadline for defendant and counter-claimant Sheltered Wings, Inc. d/b/a Vortex Optics to serve preliminary invalidity contentions is continued from November 24, 2014 to December 1, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 12, 2014

*IT IS SO ORDERED*
*Judge Jon S. Tigar*