UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORUS VISION, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHELTERED WINGS, INC.,<br><br>　　　　Defendant. | Case No.  14-cv-00997-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 34 |

On November 26, 2014, the parties stated that they have settled this action.  See ECF No. 34.  Accordingly, all deadlines and hearings in this case are VACATED.  By December 29, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on January 14, 2015 at 2:00 p.m., which will be vacated automatically if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause.  Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated:  November 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　
JON S. TIGAR
United States District Judge