UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORUS VISION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SHELTERED WINGS, INC.,<br><br>    Defendant. | Case No. 14-cv-00997-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 36 |

The parties have filed a stipulation of dismissal dated December 5, 2014. ECF No. 36. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 5, 2014

                                                JON S. TIGAR<br>
                                      United States District Judge